AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 1:23-cr-315 |
| | ) Assign to: Judge Amy B. Jackson |
| ISJALON ARMSTEAD, | ) Date: 9/12/2023 |
| also known as "Lil Blow Diddy," | ) Description: INDICTMENT (B) |
| | ) Case Related to 22-cr-303 (ABJ)) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ISJALON ARMSTEAD                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)(Possession with the Intent to Distribute Marijuana)
18 U.S.C. § 924(c)(1)(A)(i)(Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Crime).
18 U.S.C. § 922(g)(1)(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)
18 U.S.C. § 2 (Aiding and Abetting)

Date:   09/12/2023

Robin M. Meriweather   Digitally signed by Robin M. Meriweather

*Issuing officer's signature*

City and state:   Washington, DC

The Honorable Robin M. Meriweather
*Printed name and title*

### Return

This warrant was received on *(date)* 10-06-23, and the person was arrested on *(date)* 10-06-23
at *(city and state)* Washington, DC.

Date: 10-06-23

*Arresting officer's signature*

Michael Bem DCSM
*Printed name and title*